Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Megan Hopper-Rebegea
Assistant Federal Public Defender
Nevada Bar No. 15128
Megan_Hopper-Rebegea@fd.org
Katie Chadliev
Assistant Federal Public Defender
District of Columbia Bar No. 1531537
Katie_Chadliev@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Earl Hill,<br><br>                Petitioner,<br><br>   v.<br><br>Calvin Johnson, *et al.*,<br><br>                Respondents. | Case No. 2:98-cv-00914-KJD-DJA<br><br>**Stipulation and [Proposed] Order to Extend Time to File the Second Amended Petition for Writ of Habeas Corpus** |

1     Upon Hill's motion, the Court reopened his case on November 10, 2021. *See*
2 ECF 129. Currently, Hill's second amended petition for writ of habeas corpus is due
3 January 10, 2022.

4     The parties hereby stipulate and agree to extend the time period for briefing
5 of the second amended petition for 91 days. Mr. Hill will have until April 11, 2022 to
6 file his second amended petition.

7     This extension is intended to allow counsel to devote adequate time to the
8 second amended petition. Good cause exists for this extension as counsel has had an
9 especially busy capital caseload. The additional time will allow Mr. Hill to
10 adequately prepare the second amended petition.

11     By stipulating to this extension, Respondents do not waive any possible
12 defenses to the existing petitions or future petitions.

13     Dated: January 6, 2022

| | |
|---|---|
| Rene L. Valladeres<br>Federal Public Defender | Aaron Ford<br>Nevada Attorney General |
| */s/ Megan Hopper-Rebegea*<br>―――――――――――――――<br>Megan Hopper-Rebegea<br>Assistant Federal Public Defender | */s/ Heather D. Procter*<br>―――――――――――――――<br>Heather Procter<br>Chief Deputy Attorney General |

**IT IS SO ORDERED.**

_____
U.S. District Judge Kent J. Dawson

Dated: __January 6,_____ 2022.

2