Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Megan Hopper-Rebegea
Assistant Federal Public Defender
Nevada Bar No. 15128
Megan_Hopper-Rebegea@fd.org
Katie Chadliev
Assistant Federal Public Defender
District of Columbia Bar No. 1531537
Katie_Chadliev@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Earl Hill,<br><br>          Petitioner,<br><br>     v.<br><br>Calvin Johnson, *et al.*,<br><br>          Respondents. | Case No. 2:98-cv-00914-KJD-DJA<br><br>**~~Stipulation and~~ [Proposed]<br>Order to Extend Time to File<br>the Second Amended Petition<br>for Writ of Habeas Corpus** |

Upon Hill's motion, the Court reopened his case on November 10, 2021. *See* ECF 129. Currently, Hill's second amended petition for writ of habeas corpus is due April 11, 2022.

The parties hereby stipulate and agree to a second extension of time for briefing the second amended petition for 91 days. Mr. Hill will have until July 11, 2022, to file his second amended petition.

This extension is intended to allow counsel to devote adequate time to the second amended petition. Since the first extension of time was filed, Mr. Hill appeared before the Nevada Board of Parole Commissioners on January 26, 2022, on the first degree murder and sexual assault charges. Although the parole board officially denied Mr. Hill's parole on February 4, 2022, counsel did not learn the results of the hearing until March 9, 2022. Good cause exists for this extension as counsel has had an especially busy capital caseload. The additional time will allow Mr. Hill to adequately prepare the second amended petition.

By stipulating to this extension, Respondents do not waive any possible defenses to the existing petitions or future petitions.

Dated this 8th day of April, 2022.

Rene L. Valladares  
Federal Public Defender

Aaron Ford  
Nevada Attorney General

*/s/ Megan Hopper-Rebegea*  
_____  
Megan Hopper-Rebegea  
Assistant Federal Public Defender

*/s/ Heather D. Procter*  
_____  
Heather Procter  
Chief Deputy Attorney General

**IT IS SO ORDERED.**

_____  
U.S. District Judge Kent J. Dawson

Dated: <u>April 12, 2022.</u>