Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Megan Hopper-Rebegea
Assistant Federal Public Defender
Nevada Bar No. 15128
Megan_hopper-rebegea@fd.org
Katie Chadliev
Assistant Federal Public Defender
District of Columbia Bar No. 1531537
Katie_chadliev@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Earl Hill,<br><br>                          Petitioner,<br><br>     v.<br><br>Jeremy Bean, *et al.*,<br><br>                          Respondents. | Case No. 2:98-cv-00914-KJD-DJA<br><br>**~~Stipulation and~~ Order to Extend Time to File the Opposition to Motion to Dismiss.** |

Upon Hill's motion, the Court reopened his case on November 10, 2021. *See* ECF 129. Hill filed his second amended petition for writ of habeas corpus on July 18, 2022. The State filed a Motion to Dismiss on September 29, 2022. Hill's Opposition to Motion to Dismiss is currently due on November 28, 2022.

The parties hereby stipulate and agree to extend the time period for filing the opposition to motion to dismiss for 45 days. Mr. Hill will have until January 12, 2023 to file his opposition to motion to dismiss and associated motions.

This extension is intended to allow counsel to devote adequate time to the opposition to motion to dismiss. Good cause exists for this extension as counsel has had an especially busy capital caseload.

By stipulating to this extension, Respondents do not waive any possible defenses to the existing petitions or future petitions.

DATED this 23rd day of November, 2022.

RENE L. VALLADERES  
Federal Public Defender

*/s/ Megan Hopper-Rebegea*  
————————————————  
Megan Hopper-Rebegea  
Assistant Federal Public Defender

AARON FORD  
Nevada Attorney General

*/s/ Heather Procter*  
————————————————  
Heather Procter  
Chief Deputy Attorney General

**IT IS SO ORDERED.**

————————————————  
U.S. District Judge Kent J. Dawson

Dated: __November 23__, 2022.