# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for extension of time (first request). (ECF No. 157.) The Court finds good cause to grant the motion.

IT THEREFORE IS ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 157) is GRANTED. Respondents will have up to and including March 30, 2023, to file their reply in support of the motion to dismiss and response to the motion for evidentiary hearing.

DATED: February 14, 2023

KENT J. DAWSON
UNITED STATES DISTRICT COURT