# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EARL HILL,

          Petitioner,

v.

CALVIN JOHNSON, et al.,

          Respondents.

Case No.: 2:98-cv-00914-KJD-DJA

**ORDER**

    This matter is before the Court on Respondents' unopposed motion for extension of time (second request). (ECF No. 159.) The Court finds good cause to grant the motion.

    IT THEREFORE IS ORDERED that Respondents' unopposed motion for extension of time (second request) (ECF No. 159) is GRANTED. Respondents will have up to and including May 1, 2023, to file their reply in support of the motion to dismiss and response to the motion for evidentiary hearing.

DATED: March 30, 2023

                                                 KENT J. DAWSON
                                                 UNITED STATES DISTRICT COURT