# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for extension of time (third request). (ECF No. 161.) The Court finds good cause to grant the motion.

IT THEREFORE IS ORDERED that Respondents' unopposed motion for extension of time (third request) (ECF No. 161) is GRANTED. Respondents will have up to and including May 31, 2023, to file their reply in support of the motion to dismiss and response to the motion for evidentiary hearing.

DATED: May 1, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT