UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No.: 2:98-cv-00914-KJD-DJA<br><br>**ORDER** |

This matter is before the Court on Respondents' unopposed motion for an extension of time to file their opposition to Petitioner James Earl Hill's motion for reconsideration. (ECF No. 170.) The Court finds good cause exists to grant the motion.

IT THEREFORE IS ORDERED that Respondents' unopposed motion for extension of time (ECF No. 170) is granted. Respondents have up to and including November 6, 2023, to file their opposition to the motion for reconsideration.

DATED: September 22, 2023

KENT J. DAWSON
UNITED STATES DISTRICT COURT