UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for an extension of time to file their answer to the remaining claims in Petitioner James Earl Hill's second-amended federal petition. (ECF No. 181.) This is Respondents' third request for an extension of this deadline following this Court's Order denying Hill's motion for reconsideration. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (ECF No. 181) is granted. Respondents have up to and including August 30, 2024, to answer the remaining claims in Hill's second-amended federal petition.

DATED: 07/18/2024

KENT J. DAWSON
UNITED STATES DISTRICT COURT