**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on the parties' stipulation for an extension of time for Petitioner James Earl Hill to file his reply to Respondents' answer to his second-amended federal petition. (ECF No. 184.) This is the first extension of this deadline. The Court finds good cause exists to grant the stipulation.

IT IS THEREFORE ORDERED that the stipulation for an extension of time (ECF No. 184) is granted. Hill has up to and including December 30, 2024, to file his reply.

DATED: 10/25/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT