UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　Respondents. | Case No.: 2:98-cv-00914-KJD-DJA<br><br>**ORDER** |

This matter is before the Court on the parties' stipulation for an extension of time for Petitioner James Earl Hill to file his reply to Respondents' answer to his second-amended federal petition. (ECF No. 186.) This is the second extension of this deadline. The Court finds good cause exists to grant the stipulation.

IT IS THEREFORE ORDERED that the stipulation for an extension of time (ECF No. 186) is granted. Hill has up to and including February 28, 2025, to file his reply.

DATED: 12/30/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT