# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EARL HILL,

Petitioner,

v.

CALVIN JOHNSON, et al.,

Respondents.

Case No.: 2:98-cv-00914-KJD-DJA

**ORDER**

This matter is before the Court on Respondents' unopposed motion for a 60-day extension of time to file both their response to Petitioner's reply brief and response to Petitioner's motion for evidentiary hearing. (ECF No. 192.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the motion for an extension of time (ECF No. 192) is granted. Respondents have up to and including July 11, 2025, to file their responses.

DATED: May 13, 2025

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE