# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for a 60-day extension of time to file both their response to Petitioner's reply brief and response to Petitioner's motion for evidentiary hearing. (ECF No. 194.) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the motion for an extension of time (ECF No. 194) is granted. Respondents have up to and including September 9, 2025, to file their responses.

DATED: 7/14/2025

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT