# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EARL HILL, | Case No.: 2:98-cv-00914-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This matter is before the Court on the parties' stipulation for a 45-day day extension of time for Petitioner James Earl Hill to file his reply to Respondents' opposition to his motion for evidentiary hearing. (ECF No. 204.) This is the first request for an extension of this deadline. The Court finds good cause exists to grant the stipulation.

IT IS THEREFORE ORDERED that the stipulation (ECF No. 204) is granted. Hill has up to and including February 12, 2026, to file his reply.

DATED: Dec 30, 2025

KENT J. DAWSON
UNITED STATES DISTRICT COURT