**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES EARL HILL,

Petitioner

v.

CALVIN JOHNSON, *et al.*,

Respondents

Case No.: 2:98-cv-00914-KJD-DJA

**Order**

Respondents seek an extension of time to file their response to Hill's Motion to Alter or Amend Judgment. ECF No. 219. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 219) is granted. Respondents have until September 3, 2026, to file their response.

DATED this 27th day of August, 2026.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE