**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EARL HILL,<br>Petitioner<br>v.<br>CALVIN JOHNSON, *et al.*,<br>Respondents | Case No.: 2:98-cv-00914-KJD-DJA<br>**Order** |

Petitioner James Earl Hill seeks an extension of time to file his reply in support of his Motion to Alter or Amend Judgment. ECF No. 223. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 223) is granted. Petitioner has until October 12, 2026, to file his reply.

DATED this 2nd day of October, 2026.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE